IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-*vs*-<br><br>DEAUVILLE ASSOCIATES, LIMITED PARTNERSHIP, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.<br><br>**FED. R. CIV. P. 7.1 and LCvR 7.1 CERTIFICATION AND CORPORATE DISCLOSURE STATEMENT** |

　　　Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1, I, the undersigned counsel of record for Plaintiffs Continental Casualty Company and the Continental Insurance Company, as successor by merger to Kansas City Fire and Marine Insurance Company (jointly, "Plaintiffs"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs that have any outstanding securities in the hands of the public:

　　　(1)　　CNA Financial Corporation is a publicly traded holding company for Continental Casualty Company and the Continental Insurance Company.

　　　(2)　　Loews Corporation, which is also publicly traded, owns approximately 91% of the stock of CNA Financial Corporation.

　　　These representations are made in order that judges of this Court may determine the need for recusal.

359339 v 1

Dated: October 5, 2007

Respectfully submitted,

ROSS, DIXON & BELL, LLP

By: /s/ Gabriela Richeimer
Gabriela Richeimer, D.C. Bar No. 462520
2001 K. Street, N.W.
Washington, D.C. 20006-1040
202.662.2000 (p)
202.662.2190 (f)
gricheimer@rdblaw.com

*Counsel for Plaintiffs*

359339 v 1

- 2 -