# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CONTINENTAL CASUALTY
COMPANY, et al.                              Case: 1:07 – cv- 01818

             Plaintiffs

-vs.-

DEAUVILLE ASSOCIATES,
LIMITED PARTNERSHIP, et al.

             Defendants

### MOTION FOR SCHEDULING CHANGE

Defendants Deauville Associates, Limited Partnership (Associates), Deauville Limited Partnership (Deauville Limited), Mount Pleasant Street Revocable Trust (Trust) and John R. Redmond (Redmond) submit this Motion for Scheduling Change and state as follows:

1. Pursuant to this Court's November 5, 2007, "Order for Initial Scheduling Conference," there is a scheduling conference set in this matter for December 14, 2007 at 11:30 a.m.

2. Undersigned counsel is lead counsel in a matter in Circuit Court in Montgomery County, Maryland, which is currently scheduled for a six-day trial beginning on December 10, 2007 and ending on December 16, 2007. As such, undersigned counsel will not be available for the previously scheduled conference.

3. Undersigned counsel requests this Court re-schedule the conference to a date upon which all counsel are available.

4. Undersigned counsel has contacted all other counsel in this matter, counsel have consented to the scheduling change and all counsel are available to conduct the Initial Scheduling Conference on December 18, 20, and 21, 2007.

For the aforementioned good and valid reasons Defendants Associates, Deauville Limited, Trust and Redmond request that this Court grant the Motion and re-schedule the Scheduling Conference to occur on one of the above-referenced dates.

Respectfully submitted,

/s/_____
Joseph F. Cunningham, #65532
Daniel Glass, #494041
Cunningham & Associates, PLC
1600 Wilson Blvd., Suite 905
Arlington, Virginia 22209
Telephone: (703)294-6500
E-mail: cunninghamlawofc@aol.com
*Attorneys for Defendants John R. Redmond, Deauville Limited Partnership, Deauville Associates, Limited Partnership, and Mount Pleasant Street Revocable Trust*

**CERTIFICATE OF SERVICE**

I hereby certify, on this 9rst day of November 2007 that the foregoing Motion for Scheduling Change was served electronically on:

Thomas C. Cardaro, Esq.
Cardaro & Peek, LLC
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
*Attorney for Defendant Figueroa*

2

Gabriela Richeimer, Esq.
Ross, Dixon & Bell, LLP
200 K Street, NW
Washington DC 20006-1040
*Attorney for Plaintiffs*

/s/_____
Daniel A. Glass