IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONTINENTAL CASUALTY COMPANY, *et al.*,

                Plaintiffs,

        *-vs-*

DEAUVILLE ASSOCIATES, LIMITED PARTNERSHIP, *et al.*,

                Defendants.

Case No. 1:07-cv-01818 (ESH)

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**

    Plaintiffs respectfully move this Court for a one-week extension of time to respond to Defendants Deauville Associates, Limited Partnership, Deauville Limited Partnership, Mount Pleasant Street Revocable Trust and John R. Redmond's Counterclaims, until December 3, 2007. Plaintiffs seek this brief extension due to undersigned counsel's planned vacation during the week of November 11 and the Thanksgiving holiday. Defendants' counsel have authorized plaintiffs to represent that defendants consent to the relief requested in this motion.

Dated: November 19, 2007

Respectfully submitted,

ROSS, DIXON & BELL, LLP

By: _/s/ Gabriela Richeimer_

Gabriela Richeimer, D.C. Bar No. 462520
2001 K Street, N.W.
Washington, D.C. 20006-1040
202.662.2000 (p)
202.662.2190 (f)
gricheimer@rdblaw.com

*Counsel for Plaintiffs*

361135 v 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, *et al.*,<br><br>         Plaintiffs,<br><br>     *-vs-*<br><br>DEAUVILLE ASSOCIATES, LIMITED PARTNERSHIP, *et al.*,<br><br>         Defendants. | Case No. 1:07-cv-01818 (ESH) |

## ORDER

Before the Court is Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Counterclaims (the "Motion"). For the reasons stated in Plaintiffs' Motion, and for good cause shown, it is hereby

ORDERED that the Motion is granted, and it is

FURTHER ORDERED that Plaintiffs shall have until December 3, 2007 to respond to the Counterclaims of Defendants Deauville Associates, Limited Partnership, Deauville Limited Partnership, Mount Pleasant Street Revocable Trust and John R. Redmond's Counterclaims.

IT IS SO ORDERED.

_____
United States District Judge

361135 v 1