IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, *et al.*,<br><br>                              Plaintiffs,<br><br>          -*vs*-<br><br>DEAUVILLE ASSOCIATES, LIMITED PARTNERSHIP, *et al.*,<br><br>                              Defendants. | Case No. 07-01818 (ESH) |

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE THAT the parties have reached a settlement in principle that resolves the above-referenced matter in its entirety. Accordingly, the parties respectfully move this Court to stay this litigation for 90 days to provide the parties with sufficient time to prepare the appropriate settlement documentation and to seek settlement approval from the D.C. Superior Court for settlement in the underlying matter (in which the claimant is a minor).

As the United States Supreme Court repeatedly has recognized, it is well-settled that a trial court enjoys broad discretion to stay proceedings in order to control its docket, promote judicial economy, and/or foster convenience for the parties or their counsel. *See Airline Pilots Ass'n v. Miller*, 523 U.S. 866, 880 n.6 (1998); *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). Particularly given the necessity of seeking settlement approval in the Superior Court, the parties respectfully submit that a stay is warranted in order to facilitate the settlement of both this action and the underlying lead liability action.

- 2 -

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Stay.

Dated: December 1, 2008                                         Respectfully submitted,

_____/s/_____            _____/s/_____
Thomas C. Cardaro, D.C. Bar No. 418330                Gabriela Richeimer, D.C. Bar No. 462520
Jeffrey L. Peek, D.C. Bar No. 470442                  Rosanne Stafiej, D.C. Bar No. 494007
C. Drew Fritch, D.C. Bar No. 485704                   ROSS, DIXON & BELL, LLP
CARDARO & PEEK, LLC                                   2001 K. Street, N.W.
201 North Charles Street, Suite 2100                  Washington, D.C. 20006-1040
Baltimore, MD 21201                                   202.662.2000 (p)
202.628.7778 (p)

COUNSEL FOR DEFENDANT FIGUEROA                        COUNSEL FOR PLAINTIFFS


_____/s/_____
Billy B. Ruhling, II, D.C. Bar. No. 978831
CUNNINGHAM & ASSOCIATES, PLC
1600 Wilson Blvd., Suite 905
Arlington, VA 22209
703.294.6500 (p)

COUNSEL FOR DEFENDANTS JOHN R.
REDMOND, DEAUVILLE LIMITED
PARTNERSHIP, DEAUVILLE ASSOCIATES
LIMITED PARTNERSHIP, and MOUNT
PLEASANT STREET REVOCABLE TRUST


SO ORDERED:


_____
District Judge Huvelle

375582 v 1